164 A.3d 1060

IN THE MATTER OF NELSON GONZALEZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 020401997)

July 19, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–140, concluding on the record pursuant to *Rule* 1:20–4(f)(default by respondent) that the formal ethics complaint filed against **NELSON GONZALEZ** of **DOVER,** who was admitted to the bar of this State in 1997, should be dismissed for lack of clear and convincing evidence of unethical conduct;

And **NELSON GONZALEZ** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court agreeing with the Disciplinary Review Board that the charged violations of *RPC* 1.5(b) and *RPC* 1.2(c) should be dismissed;

And the Court also finding that respondent's failure to file an answer to the complaint does constitute a violation of *RPC* 8.1(b), but the Court concluding that discipline is not warranted for this violation alone under the circumstances presented, where respondent provided representation to the client and obtained the relief sought;

It is ORDERED that the formal ethics complaint filed against **NELSON GONZALEZ** in District Docket No. XB–2015–0015E, is dismissed.